UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLARENCE BOYKIN, JR.,

    Plaintiff,

v.

MORTGAGE ELECTROMIC REGISTRATION SYSTEMS, INC., FEDERAL NATIONAL MORTGAGE ASSOCIATION, TROTT & TROTT, ORLANS ASSOCIATES, P.C., THE CITY OF DETROIT, DAVE BING, POLICE OFFICER LARRY DUDLEY, STATE OF MICHIGAN 36TH DISTRICT ADMINISTRATOR, and B. MARTIN-CLARK,

    Defendants.
_____/

Case No. 2:11-cv-15308

Honorable Nancy G. Edmunds

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    This matter comes before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Defendant MERS's and Defendant Orlan's motions to dismiss, as well as Defendant FNMA's and Defendant Trott & Trott's concurrences in the motions to dismiss, are GRANTED, and Plaintiff's claims against these parties are DISMISSED. Furthermore, because a court dismissing a plaintiff's claims against moving defendants may *sua sponte* dismiss claims against non-moving defendants, Plaintiff's claims against Defendants City of Detroit, Dave Bing, Larry Dudley, State of Michigan 36th District Administrator, and B. Martin Clark are also DISMISSED. (*See* R&R at 11).

SO ORDERED.

        s/Nancy G. Edmunds_____
        Nancy G. Edmunds
        United States District Judge

Dated: July 25, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 25, 2012, by electronic and/or ordinary mail

        s/Carol A. Hemeyer_____
        Case Manager